IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE DEAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-5021

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 5, 2016.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

George Dean, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, WETHERELL, and RAY, JJ., CONCUR.